# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LE LATONYA ASHTON | CIVIL ACTION NO. 19-901 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PJ LOUISIANA, INC. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

Before the Court is a motion to confirm an arbitration award, filed by the Plaintiff, Le Latonya Ashton [Record Document 10]. Based on the foregoing Memorandum Order,

**IT IS ORDERED** that Ashton's motion to confirm the arbitration award [Record Document 10] be and is hereby **GRANTED**. The arbitration award, comprised of the ruling and opinion, interim award, and final award, entered in American Arbitration Association proceeding number 01-17-0006-8180 by Arbitrator Denise Pilie' is confirmed in its entirety as a judgment of this Court. This award has been fully satisfied by the Defendant, PJ Louisiana, Inc.

**IT IS FURTHER ORDERED** that Ashton is entitled to reasonable attorney's fees and costs incurred in seeking confirmation of this arbitration award.

**IT IS FURTHER ORDERED** that Ashton's request for pre- and post-judgment interest is **DENIED**.

**THUS DONE AND SIGNED** this 3rd day of March, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

Exhibit 1