IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DREAMSTYLE REMODELING,
INC., *et al.*,

      Plaintiffs,

vs.                                              Civ. No. 22-127 KK/JFR

RENEWAL BY ANDERSEN LLC,
*et al.*,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Court's Order to Show Cause (Doc. 18), filed April 8, 2022, and Plaintiffs' First Amended Complaint to Confirm Arbitration Award (Doc. 23) ("Amended Complaint"), filed April 29, 2022.

In its Order to Show Cause, the Court required Plaintiffs, by April 29, 2022, to either (1) file a written show-cause response demonstrating why the Court should not dismiss this matter for lack of subject-matter jurisdiction or (2) file an amended complaint that alleges facts sufficient to sustain subject-matter jurisdiction. (Doc. 18 at 3.) In their Amended Complaint, Plaintiffs allege facts sufficient to sustain subject-matter jurisdiction. (Doc. 23 at 2-4.)

IT IS THEREFORE ORDERED that the Court's Order to Show Cause (Doc. 18) is hereby QUASHED.

IT IS SO ORDERED.

                                                                                       /s/ Kirtan Khalsa
                                                                        KIRTAN KHALSA
                                                                        UNITED STATES MAGISTRATE JUDGE