IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DREAMSTYLE REMODELING,
INC., *et al.*,

    Plaintiffs,

v.                                                             Civ. No. 22-127 KK/JFR

RENEWAL BY ANDERSEN, LLC,
*et al.*,

    Defendants.

## **ORDER OF DISMISSAL**

THIS MATTER is before the Court on the parties' Stipulation for Dismissal Without Prejudice, filed July 14, 2023, wherein the parties ask the Court to enter an order dismissing the remaining claims in this litigation without prejudice. (Doc. 31.) Having reviewed the parties' stipulation, the record, and the relevant law, and being otherwise sufficiently advised, the Court finds that the remaining claims will be dismissed without prejudice.

Previously, on January 18, 2023, this Court entered a Memorandum Opinion and Order in which it granted Defendants' Motion to Confirm Arbitration Award (Doc. 5), confirming without monetary judgment the Final Award in the underlying arbitration dated February 21, 2022, in AAA Case No. 01-20-0015-6663, and granted Defendants' Second Motion to Dismiss Claims for Declaratory Relief in Amended Complaint or Stay Pending Arbitration (Doc. 26), staying proceedings on the declaratory judgment claims in Plaintiffs' First Amended Complaint pending another arbitration. (Doc. 30.) In accordance with that Memorandum Opinion and Order and the parties' July 14, 2023 Stipulation, the Court finds that all remaining causes of action in Plaintiffs' First Amended Complaint to Confirm Arbitration Award (Doc. 23) should now be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiffs' First Amended Complaint (Doc. 23), and all remaining causes of action are DISMISSED without prejudice, and the above-captioned civil case is CLOSED.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent